UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONGFEI YU,<br><br>    Petitioner,<br><br>    v.<br><br>MINGA WOFFORD, Facility Administrator (Warden) of the Golden State Detention Facility, et al.,<br><br>    Respondents. | Case No.  1:26-cv-03669  (VC)<br><br>**ORDER RE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 2 |

The Court has reviewed Petitioner's Petition for Writ of Habeas Corpus (ECF No. [1]) and Motion for Temporary Restraining Order (ECF No. [2]). The issues raised appear to mirror those previously addressed by the Court in *Henry Eduardo Bastidas Mendoza, et al., v. Sergio Albarran, et al.*, 1:25-cv-08205-VC and *Narcisa Andundia-Carillo v. Sergio Albarran, et al.*, 1:25-cv-10380-VC. On or before May 14, 2026, Respondents are ordered to show cause as to whether there are any factual or legal issues in this case that render it distinct from the Court's prior orders in the cases listed above and would justify denial of a preliminary injunction. Respondents should also state whether they oppose this Court converting the Motion for Temporary Restraining Order to a Motion for Preliminary Injunction. Petitioner may file a reply on or before May 15, 2026. Respondents are prohibited from deporting the Petitioner or removing him from the Eastern District of California while the TRO and Petition are pending.

The matter is not set for a hearing though the Court may set one should it later be determined that a hearing is necessary based on the parties' briefing. Counsel for Respondents shall promptly enter notices of appearance.

    **IT IS SO ORDERED.**

Dated: May 13, 2026

_____

VINCE CHHABRIA
United States District Judge